```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: August 10, 2010
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Martin Alexander,

       Plaintiff,

  -against-

Keith Rupert Murdoch, officer, owner New
Corportion, Inc., et al.,

       Defendants.
------------------------------------------------------------X

10 Civ. 5613 (PAC)(JCF)
**ORDER OF REFERENCE TO**
**A MAGISTRATE JUDGE**

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | |
|---|---|---|
| **X** | **General Pretrial (including scheduling, discovery, non-dispositive pretrial motions, and settlement)** | ____ Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ____ | Specific Non-Dispositive Motion/Dispute:* _____ | ____ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) |
| ____ | Habeas Corpus | ____ Social Security |
| ____ | Settlement: | **X** **Dispositive Motion (i.e. motion requiring a Report and Recommendation)** |
| ____ | Other: _____ | |

Dated: New York, New York
      August 10, 2010

SO ORDERED

*[signature]*

PAUL A. CROTTY
United States District Judge

Copy Mailed To:
Martin Alexander
6606 Ortolan Avenue
Jacksonville, FL 32216

Copy e-mailed to:
Dale M. Cendali
Kirkland & Ellis
Dale.cendali@kirkland.com

1