# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, New York 10022

**MEMO ENDORSED**

Dale M. Cendali
To Call Writer Directly
(212) 446-4846
dale.cendali@kirkland.com

(212) 446-4800

www.kirkland.com

Facsimile:
(212) 446-4900

December 22, 2010

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/23/10

**By Facsimile**

Hon. James C. Francis
United States District Court Judge
U.S. District Court for the Southern District of
New York
500 Pearl Street
New York, NY 10007

Re:   Alexander v. Murdoch, et al., 10 Civ. 5613 (PAC)(JCF)

Dear Judge Francis:

    As you are aware, we represent the defendants in the above referenced litigation. On December 6, 2010, your Honor granted Plaintiff Alexander an extension to file his opposition to the motions to dismiss by December 20, 2010, and for the Defendants to respond by January 10, 2011. On December 20, instead of filing an opposition brief, Mr. Alexander filed an amended complaint. This over 84-page complaint includes new allegations and attaches new exhibits, which makes the entire filing well-over 100 pages.

    We are writing to request an extension of our current time to respond to Plaintiff's Amended Complaint until January 21, 2011, and permission to exceed the usual twenty-five page limit by fifteen pages. As you are aware, in order to adequately brief the particular allegations against each defendant, four separate motions to dismiss the original complaint totaling over 50 pages were required. In an effort to avoid piecemeal litigation and promote efficiency, we are planning to respond to all seven causes of action on behalf of all nineteen defendants in one motion. As such, we need the additional time and space to prepare and to set forth our position.

    This is Defendants' first request for an extension to respond to the Amended Complaint. Previously, as they were served, various groups of defendants at different times asked for extensions of time to respond to the original complaint in order to coordinate their responses to the same briefing schedule. Each of those requests was granted.

    We have asked Plaintiff for his consent to both the extension and the increased number of pages, and he has consented to both.

Chicago   Hong Kong   London   Los Angeles   Munich   Palo Alto   San Francisco   Shanghai   Washington, D.C.

## KIRKLAND & ELLIS LLP

Hon. James C. Francis
December 22, 2010
Page 2

We appreciate your Honor's consideration of this matter.

Sincerely,

*[signature]*

Dale M. Cendali

cc: Martin Alexander via e-mail and Federal Express

12/23/10

Application granted. In addition, the prior motion to dismiss (Docket no. 35) is withdrawn.

SO ORDERED.

James C. Francis IV
USMJ