March 25, 2011



MEMO ENDORSED

Martin Alexander
2506 S. Schenley Ave.
Youngstown, O.H. 44511
Oldbway42@hotmail.com
(213) 924-9965

**_Via Facsimile Transmission_**
Hon. James C. Francis; Magistrate Judge
U.S. Southern District Court NY
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007
Fax No.: (212) 805-7930

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/25/11
```

    RE:   Civil Action No. 10-civ-5613 (PAC) (JCF)
             Alexander v. Murdoch, et al

Dear Hon. Judge Francis:

I am writing to respectfully request an extension on the page limitation on Plaintiff's Reply Memorandum Of Law, in the above referenced matter. The Court previously set a page limitation of forty (40) pages. This is Plaintiff's second request, pursuant to your Honor's local rule, for an extension on the page limitation for the above said memorandum, due to be served tomorrow March 26, 2011. Defense attorney Dale M. Cendali, Esq. was granted a fifteen (15) page increase for her memorandum for a total of forty (40) pages and a ten (10) page increase on the page limitation for her reply memorandum for a total of twenty (20) pages ----- sixty pages, altogether.

Defendants' memorandum contains misstatements and/or omissions of law, and cites cases not directly on point. Plaintiff estimates an additional five (5) to six (6) pages are needed for single spaced footnotes/endnotes, in order for Plaintiff to distinguish more of the many cases cited by Defendants.

Plaintiff previously sought Defense Counsel's consent to an extension beyond forty (40) pages for a total of fifty-five (55) pages. However, Melanie Bradley, Esq. believed that was excessive and indicated Defendants would not consent to more than forty (40) pages because they felt that was sufficient to adequately respond and that was what Plaintiff agreed to previously. Plaintiff was able to complete a forty (40) page draft, but would respectfully request and additional five (5) to six (6) pages for footnotes/endnotes in order to distinguish more of the many cases cited by Defendants.

For all the foregoing reasons, Plaintiff respectfully prays the Court will grant an additional six (6) page extension for a total of forty-six (46) pages, in order to allow Plaintiff to respond more thoroughly to Defendants' motion/memorandum.

Respectfully Submitted,

/S/ *Martin Alexander*
Martin Alexander
2506 S. Schenley Ave.
Youngstown, O.H. 44511
(213) 924-9965
Pro-Se

CC:  Dale M. Cendali, Esq.
     Kirkland & Ellis, LLP
     Citigroup Center
     153 East 53rd Street
     New York, New York 10022-4611
     (via e-mail: dale.cendali@kirkland.com)
     (via e-mail: melanie.bradley@kirkland.com)

> 3/25/11
> Application denied. 40 pages is more than enough.
> SO ORDERED.
> James C. Francis IV
> USMJ