UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARTIN ALEXANDER aka/ ALEX MARTIN

- against -

KEITH RUPERT MURDOCH; NEWS CORPORATION, INC., DISNEY ENTERPRISES, INC. (THE WALT DISNEY COMPANY, INC.); FOX ENTERTAINMENT GROUP, INC.; AMERICAN BROADCASTING COMPANIES, INC. (ABC) & AFFILIATES; STEVEN LEVITAN; CHRISTOPHER LLOYD; PICTURE DAY PRODUCTIONS, INC.; LEVITAN AND LLOYD PRODUCTIONS, INC.; CBS BROADCASTING, INC.; APPLE, INC.; HULU, LLC.; AMAZON.COM, INC.; BLOCKBUSTER, INC.; IMDB.COM; BRITISH SKY BROADCASTING GROUP, PLC; RTL GROUP; SKY ITALIA; AND FOXTEL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/26/11

10 Civ. 5613 (PAC) (JCF)

(ORAL ARGUMENT REQUESTED)

NOTICE OF MOTION FOR RECONSIDERATION OR (RE)ARGUMENT ON FINAL ORDER

**PLEASE TAKE NOTICE** that upon, the accompanying Memorandum of Law in support of this motion and the pleadings herein, Plaintiff will move this Court, before the Honorable Judge Paul A. Crotty, United States District Judge, for an order pursuant to the Federal Rules of Civil Procedure and Local Civil Rule 6.3 granting Plaintiff's Motion For Reconsideration Or (Re)argument On Final Order on Defendants' Motion To Dismiss; and reversing its decision and vacating its Order granting Defendants' Motion To Dismiss, and denying Defendants' motion; or, in the alternative, reversing its decision and vacating its Order granting Defendants' Motion To Dismiss with prejudice, and instead grant said motion without prejudice, and grant Plaintiff leave to amend.

**I declare under penalty of perjury that the foregoing is true and correct.**

Dated: July 28, 2011   Signature /S/ *Martin Alexander*
Martin Alexander
2506 S. Schenley Ave.
Youngstown, Ohio 44511
July 28, 2011
Telephone Number (213) 924-9965

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARTIN ALEXANDER aka/ ALEX MARTIN

- against -

KEITH RUPERT MURDOCH; NEWS CORPORATION, INC., DISNEY ENTERPRISES, INC. (THE WALT DISNEY COMPANY, INC.); FOX ENTERTAINMENT GROUP, INC.; AMERICAN BROADCASTING COMPANIES, INC. (ABC) & AFFILIATES; STEVEN LEVITAN; CHRISTOPHER LLOYD; PICTURE DAY PRODUCTIONS, INC.; LEVITAN AND LLOYD PRODUCTIONS, INC.; CBS BROADCASTING, INC.; APPLE, INC.; HULU, LLC.; AMAZON.COM, INC.; BLOCKBUSTER, INC.; IMDB.COM; BRITISH SKY BROADCASTING GROUP, PLC; RTL GROUP; SKY ITALIA; AND FOXTEL

10 Civ. 5613 (PAC) (JCF)

AFFIRMATION OF SERVICE

I, MARTIN ALEXANDER, **declare under penalty of perjury** that I have served a copy of the attached Notice Of Motion On Motion For Reconsideration Or (Re)argument On Final Order upon Dale M. Cendali, Esq., at Dale M. Cendali, Esq., Kirkland & Ellis, LLP, Citigroup Center, 153 East 53rd Street, New York, New York 10022-4611

by U.S Mail Delivery

Dated: July 28, 2011
Youngstown, Ohio   /S/ Martin Alexander
Martin Alexander
Pro Se
2506 S. Schenley Ave.
Youngstown, OH 44511
(213) 924-9965